BERTHA SCHRAER v. SOUTHERN TRUCKING CO.

March 14, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. ISAAC MILLER, JR.

March 14, 1972. Petition for certification denied.

MARY VITOLO v. ST. PETER'S CHURCH.

March 14, 1972. Petition for certification denied. (See 118 *N. J. Super.* 35)

STATE OF NEW JERSEY v. PAUL STETCKO.

March 14, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN ROBBINS.

March 14, 1972. Petition for certification denied.

SOUTH END EXPRESS, INC. v. SUL AMERICA TERRESTRES MARTIMOS E. ACIDENTES COMPANHIA DE SEGUROS, *ET AL.*

March 14, 1972. Petition for certification denied.